21 A.3d 677

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Foteos SOUTEMENIDES, Petitioner.**

Supreme Court of Pennsylvania.

June 7, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of June 2011, the Petition for Allowance of Appeal is DENIED.

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.